# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 07, 2018**

SEAN F. McAVOY, CLERK

COMPUTER 5, INC., a Washington corporation,
dba LocalTel Communications,

*Plaintiff*

v.

COMPUTER5INC.COM, an entity
of unknown origin,

*Defendant*

Civil Action No. 2:17-CV-208-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Motion For Default Judgment, Motion For Permanent Injunction, and Motion For Order of Default (ECF No. 33) are GRANTED. Plaintiff is awarded the sum of $49,651.80 against the Defendant for damages, attorney fees, and costs. Judgment is entered in favor of the plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a motion for Default Judgment, Motion For Permanent Injunction, and Motion For Order of Default (ECF No. 33) are GRANTED.

Date: March 7, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer